# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )
Plaintiff )
)
-vs- )
)
Ronney Schweider Coelho )
Defendant )

CASE NUMBER: CR 12-2005-PRP

REPORT COMMENCING CRIMINAL ACTION

84189-004

*****************************************************************************

TO: CLERK'S OFFICE ⟨MIAMI⟩   FT. LAUDERDALE   W. PALM BEACH
U.S. DISTRICT COURT                (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

*****************************************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1)     DATE AND TIME OF ARREST: 1/3/12 _____ a.m./p.m.

(2)     LANGUAGE(S) SPOKEN: Portuguese, English

(3)     OFFENSE(S) CHARGED: 8 USC 1326a

(4)     UNITED STATES CITIZEN:     ( )YES     (✓)NO     ( )UNKNOWN

(5)     DATE OF BIRTH: 12/22/78

(6)     TYPE OF CHARGING DOCUMENT: (CHECK ONE)
        [ ] INDICTMENT          [✓] COMPLAINT     CASE #
        [ ] BENCH WARRANT FOR FAILURE TO APPEAR
        [ ] PAROLE VIOLATION WARRANT
        ORIGINATING DISTRICT: _____
        COPY OF WARRANT LEFT WITH BOOKING OFFICER?   [ ]YES   [ ]NO

AMOUNT OF BOND:$_____ WHO SET BOND? _____

(7)     REMARKS: _____

(8)     DATE: 1/3/12          (9) ARRESTING OFFICER JOAN Montoto

(10)    AGENCY HSI          (11) PHONE # 800 973 2867

(12)    COMMENTS _____